UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILY DEMBICZAK, <br><br> Plaintiff/Appellee, <br><br> v. <br><br> FASHION NOVA, LLC, <br><br> Defendant/Appellant. | No. 24-1032 <br><br> On Appeal from the United States District Court for the Western District of Washington, Case No. 2:23-cv-00408-LK <br><br> **PLAINTIFF-APPELLEE'S OPPOSITION TO DEFENDANT-APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF** |

This appeal has been pending for over a year (since February of 2024). Most recently, in January, Fashion Nova filed for a 60-day extension. Dkt. 33. Plaintiff opposed because, at this late stage, the parties need a hard deadline to move the appeal forward. *See* Dkt. 34. The Court granted Fashion Nova's motion only in part, providing an extension until March 27. Dkt. 37.

When Plaintiff opposed Fashion Nova's last extension, Fashion Nova should have started work on its opening brief. That was almost seven weeks ago. But Fashion Nova now requests another 30-day extension. Fashion Nova has not shown good cause.

Fashion Nova states that it needs more time because its lead appellate counsel recently withdrew, after leaving Wilson Sonsini. But that departure was publicly announced on February 19,[1] and almost certainly planned for beforehand. Fashion Nova does not attest that this was a sudden surprise that it could not plan around. Wilson Sonsini has a large, dedicated appellate practice.[2] And it has already been a month since the departure was announced.

Fashion Nova states that the parties have been engaged in lengthy mediation efforts. But as Plaintiff explained when it opposed the last extension, those efforts have not resulted in a settlement, and the parties need a hard deadline to move the appeal forward. That last extension was only granted in part, presumedly for that reason.

Fashion Nova states that its counsel has other intervening deadlines. But it does not say that those were unknown or unexpected when it moved for the last extension. The past and future tasks it identifies are not so substantial as to foreclose its ability to draft its appeal brief. Fashion Nova has had since the end of January to work on that brief. And after all this time pending, this appeal needs to take precedence.

---

[1] https://www.kslaw.com/news-and-insights/former-ninth-circuit-judge-paul-watford-joins-king-spaldings-los-angeles-office.
[2] https://www.wsgr.com/en/services/practice-areas/litigation/appellate-litigation.html.

Fashion Nova states that its counsel was not involved in the district court proceeding and needs to familiarize themselves with the issues. But counsel has had since February of 2024 to do this. And the district court proceedings are not complex: this is an appeal of an order denying a motion to compel arbitration.

Fashion Nova suggests that there would be no prejudice to Plaintiff. There would be prejudice: Plaintiff has waited since February of last year to move this appeal forward. Plaintiff opposed the last extension so it could move forward. Any further delay would be prejudice. And prejudice aside, Fashion Nova has not shown good cause.

The Court should deny the motion for an extension.

Dated: March 18, 2025

Respectfully submitted,

*/s/ Jonas Jacobson*
Jonas Jacobson
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

*Counsel for Plaintiff-Appellee*

## **CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that the response contains 422 words, excluding the items exempted by Rule 32(f).

Dated: March 18, 2025                     */s/ Jonas Jacobson*
                                          Jonas Jacobson

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 18th day of March, 2025, I caused Plaintiff-Appellee's Opposition to Defendant-Appellant's Motion to Extend Time to File Opening Brief to be filed electronically with the Clerk of the Court using the ACMS system, which will send notice of such filing to counsel for all parties in the case.

Dated: March 18, 2025 /s/ *Jonas Jacobson*
Jonas Jacobson